RECEIVED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern (Jackson) DIVISION
Western(Memphis) DIVISION

AUG 30 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

NAthaNiel Woods
Plaintiff,

vs.

Addredo
Defendant.

No. 23-2547

## COMPLAINT

1.  This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

    ☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
    **NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

    ☒   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
    **NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
    **NOTE:** *In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

172 Oak gRove dR      ByhaLia MS.
STREET ADDRESS

MaRShaLL , MS , 38611 , 662-812-3960
County       State    Zip Code   Telephone Number

4. Defendant(s) resides at, or its business is located at: Accredo

1620 CeNtURY ceNter Pkwy
STREET ADDRESS

SheLby , MeMPh.S , TeNN , 38134.
County     City       State     Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

5. The address at which I sought employment or was employed by the defendant(s) is:

1620 CeNtURY ceNter Pkwy

STREET ADDRESS

_Shelby_ , _Memphis_ , _Tenn_ , _38134_ .
     County          City         State         Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐ Failure to hire

☒ Termination of my employment

☐ Failure to promote

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☐ Retaliation

☐ Other acts *(specify)*:_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
   _March 9, 2023_ .
   Date(s)

8. I believe that the defendant(s) *(check one)*:

☐ is still committing these acts against me.

☒ is <u>not</u> still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
   *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

☐ Race_____

☐ Color_____

☐ Gender/Sex_____

☐ Religion_____

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

MR. ChaRLeS PaRKeR is a StaFF PharmacisT SeNioR maNagiR, he said that his BoSS Told he to tell me to take OFF my cap, I have been waReiNg my cap FoR Theru YiaRS aNd 4 oR 5 guys has beeNdoiNg the Samu. He Told me that el caNi't Not woRK heRe aNY moRu iF I caN't puLL OFF mY cap, aNd he FiRed me, but he teLL eveRy body

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.  It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: **3 - 9 - 2023**

12.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: **3 -14 -23**
                                                                                                                Date

**Only litigants alleging age discrimination must answer Question #13.**

13.  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

     ☐   60 days or more have elapsed

     ☒   Less than 60 days have elapsed.

14.  The Equal Employment Opportunity Commission *(check one)*:

     ☐   has <u>not</u> issued a Right to Sue Letter.

     ☐   <u>has</u> issued a Right to Sue letter, which I **received** on_____.
                                                                                                                Date

*NOTE:*    *This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.  Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.  I would like to have my case tried by a jury:

     ☒   Yes

     ☐   No

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐   direct that the Defendant employ Plaintiff, or

☐   direct that Defendant re-employ Plaintiff, or

☐   direct that Defendant promote Plaintiff, or

☐   order other equitable or injunctive relief as follows: _Pay Me_
_FoR the time that I was No woRKiNg_
_60 days._

☐   direct that Defendant pay Plaintiff back pay in the amount of _$5,600.00_ and interest on back pay;

☐   direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages:_____

_____

_Nathaniel woods_
SIGNATURE OF PLAINTIFF

Date:_____

_172 oak qRove dR_
Address

_ByhaLia, MS, 38611_
_662-812-3960_
Phone Number

an The EEOc that I quit which is a lie. He told me that you can't work here if you don't pull of your cap, and I refuse and he say that you got to go. There is no Rule in the Rule Book that an employees, can't ware a cap. They let me ware my cap for three years an didn't ask me to pull it off. There were people wareing that cap as lang as I work there, and people were wareing there caps after he fired me. He tell the EEOc that I quit, he is a lie. I would like Accredo to pay me $5,600 that I lost befory I found another Job, Thanks you.

Nathaniel Woods

MR. Charles Parker fired me, I didn't resign form Accredo.